UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NASSRIN PISHDADIYAN, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | *  Civil Action No. 11-10723-JLT |
| | * |
| HILLARY RODHAM CLINTON, | * |
| Secretary of State of the | * |
| United States of America, | * |
| | * |
| Defendants. | * |

ORDER

February 22, 2012

TAURO, J.

After considering the Report and Recommendation [#18] of Magistrate Judge Bowler, and noting that Plaintiff has not filed any objection, this court hereby ACCEPTS and ADOPTS the Report and Recommendation [#18] for the reasons set forth therein. Accordingly, Defendant's Motion to Dismiss [#11] is ALLOWED.   Plaintiff's Motion to Amend [#16] is DENIED.

IT IS SO ORDERED.

       /s/ Joseph L. Tauro
United States District Judge