UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NASSRIN PISHDADIYAN, <br><br> Plaintiff, <br><br> v. <br><br> HILLARY RODHAM CLINTON, <br> Secretary of State of the <br> United States of America, <br><br> Defendants. | Civil Action No. 11-10723-JLT |

ORDER

February 22, 2012

TAURO, J.

After considering the Report and Recommendation [#18] of Magistrate Judge Bowler, and noting that Plaintiff has not filed any objection, this court hereby ACCEPTS and ADOPTS the Report and Recommendation [#18] for the reasons set forth therein. Accordingly, Defendant's Motion to Dismiss [#11] is ALLOWED. Plaintiff's Motion to Amend [#16] is DENIED.

IT IS SO ORDERED.

    /s/ Joseph L. Tauro
United States District Judge